IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MIKE HART,

    Plaintiff,                  CASE NO.: 2:21-cv-00025

vs.

ACE INSURANCE COMPANY
OF THE MIDWEST,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

COMES NOW, the Defendant, ACE INSURANCE COMPANY OF THE MIDWEST, by and through its undersigned counsel hereby files this Notice of Settlement and advises the Court that the parties to the above-captioned matter reached a settlement in this matter.

                BUTLER WEIHMULLER KATZ CRAIG LLP

                */s/ Thomas A. Keller*
                _____
                THOMAS A. KELLER, ESQ.
                Florida Bar No.: 0153354
                tkeller@butler.legal
                DERICKA Y. BURKE, ESQ.
                Florida Bar No.: 1000332
                dburke@butler.legal
                Secondary: lfarrell@butler.legal
                400 N. Ashley Drive, Suite 2300
                Tampa, Florida 33602
                Telephone: (813) 281-1900
                Facsimile: (813) 281-0900
                *Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on May 16, 2022, I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system.  I further certify that a true and correct copy of the foregoing has been furnished this day via Electronic Mail to:

>   Margaret E. Garner, Esq.
>   Jordan Sacks, Esq.
>   Katranis, Wald & Garner, PLLC
>   501 East Las Olas Boulevard, Suite 200/300
>   Fort Lauderdale, FL  33301
>   service@kwglegal.com
>   *Counsel for* Plaintiff

_____
THOMAS A. KELLER, ESQ.